NUMBER
13-02-327-CV

 

                             COURT
OF APPEALS

 

                   THIRTEENTH
DISTRICT OF TEXAS

 

                                CORPUS
CHRISTI

____________________________________________________________________

 

TEXAS DEPARTMENT OF TRANSPORTATION,                         Appellant,

 

                                                   v.

 

JOSE RIOS QUINTANILLA,                                                     Appellee.

____________________________________________________________________

 

                         On
appeal from the 93rd 
District Court

                                  of
Hidalgo County, Texas.

____________________________________________________________________

 

                                   O
P I N I O N

 

            Before
Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion
Per Curiam

 








Appellant, TEXAS DEPARTMENT OF TRANSPORTATION,
attempted to perfect an appeal from an order entered by the 93rd
District Court of Hidalgo County, Texas, in cause number C-4881-97-B.  After the
record was received, appellant filed a motion to dismiss the appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

 

Opinion delivered and
filed this

the 5th
day of September, 2002.